FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2013 JAN 10 A 11: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) DOCKET NO. 1:13mj13 | |
| LISA M. WILSON ) | |
| ) Initial Appearance: February 4, 2013 | |
| ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 3534122)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 10, 2012, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LISA M. WILSON, did knowingly and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a))

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: _____

Fort Belvoir, VA

Date January 9, 2013

May Sena
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 805-4390
Fax (703) 805-1042
may.sena.mil@mail.mil

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to LISA M. WILSON at her address of record.

Daniel A. Olsen
Administrative Assistant
Staff Judge Advocate Office