# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
V.

Lisa M. Wilson

CASE NUMBER : 1:13-MJ-00013

FILED
FEB 1 2 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Lisa M. Wilson** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment _X_ Information__Complaint__Order of Court__Violation Notice__Probation Violation Petition

charging him or her with (brief description of offense): Possession of Marijuana

Violation of: See Attached

In Violation of Title **21** United States Code, Section(s) **844(a)**

2013 FEB -5 AM 10: 13
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION
RECEIVED UNITED STATES MARSHAL

**The Honorable John F. Anderson**
Name of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

_/s/_
John F. Anderson
United States Magistrate Judge

02/05/2013
**401 Courthouse Square**
**Alexandria, VA 22314**
Date and Location

| Date Received 2/5/2013 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/12/2013 | Desmond R. Proctor | Desmond R. Proctor, DUSM |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: